SHAMBAUGH, APPELLANT, *v.* BEVERLY ENTERPRISES–OHIO, INC., D.B.A. VALLEY VIEW NURSING HOME, APPELLEE.

[Cite as *Shambaugh v. Beverly Enterprises–
Ohio, Inc.* (1995), 71 Ohio St.3d 563.]

(No. 94–2144—Submitted January 24, 1995—Decided February 22, 1995.)

*Wagner, Smith & Bittle* and *Katherine C. Hart Smith; Sandvoss & Lentz* and *Norman W. Sandvoss,* for appellant.

*Reminger & Reminger Co., L.P.A.,* and *Nicholas D. Satullo,* for appellee.

The discretionary appeal is allowed. The judgment of the court of appeals is reversed, and the cause is remanded to the trial court on authority of *Cosgrove v. Williamsburg of Cincinnati Mgt. Co., Inc.* (1994), 70 Ohio St.3d 281, 638 N.E.2d 991.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.

COOK, J., not participating.